

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **JOHN ANTHONY CAPTAIN** | : | **DOCKET NO. 2:05 CV 0216** |
| VS. | : | JUDGE MINALDI |
| **CHUBB INSURANCE COMPANY** | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT

In accordance with the corresponding Memorandum Ruling, for the reasons set forth therein,

IT IS ORDERED that the Motion to Dismiss [doc. 6] pursuant to Rule 12(b)(6) filed by the defendant, Federal Insurance Company, IS GRANTED and the plaintiff's claims are DISMISSED WITHOUT PREJUDICE.

Lake Charles, Louisiana, this 18 day of July, 2005.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE